■ EDYTHE D. FLANDER, Respondent, v. ROLLAND W. FLANDER et al., Appellants.— Order, entered on February 24, 1960, granting plaintiff summary judgment, unanimously reversed, on the law, with $20 costs and disbursements to defendants-appellants, and the motion for summary judgment is denied, with $10 costs. It cannot be said, as a matter of law, that the driver, in the circumstances, operating a newly borrowed automobile was guilty of a lack of care in failing to have the brakes repaired immediately or in not desisting from further operation of such automobile. Consequently, there was an issue of fact which requires trial. Concur — Botein, P. J., Breitel, Valente, McNally and Noonan, JJ.

■ EDWARD A. GRANNAS, Respondent, et al., Plaintiff, v. CHARLES E. McCARTHY, Appellant.— Order, entered January 12, 1960, setting aside the verdict of the jury in favor of defendant and against plaintiff Edward A. Grannas, severing the cause of action of said plaintiff and directing a new trial, unanimously reversed, on the law and on the facts, with costs to defendant-appellant, to the extent of directing that the verdict be reinstated and a new trial denied, and that judgment be entered in favor of defendant against the plaintiff Edward A. Grannas in the severed action dismissing the complaint of said plaintiff. The evidence amply supports the finding of the jury that both defendant and plaintiff Edward A. Grannas were negligent in the operation of their cars and that such negligence was the cause of the accident. Hence, the jury's verdict should not have been disturbed as against the weight of the credible evidence. Finally, the jury's award to the plaintiff Natalie Grannas was not excessive and the judgment in her favor is unassailable. Concur — Botein, P. J., Breitel, Valente, McNally and Noonan, JJ.

■ EDWARD A. GRANNAS, Plaintiff, and NATALIE GRANNAS, Respondent, v. CHARLES E. McCARTHY, Appellant.— Order, entered February 10, 1960, denying defendant's motion to set aside verdict in favor of plaintiff Natalie Grannas, unanimously affirmed, without costs. Judgment in favor of plaintiff Natalie Grannas, unanimously affirmed, with costs to plaintiff-respondent, Natalie Grannas. Concur — Botein, P. J., Breitel, Valente, McNally and Noonan, JJ.